UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOODWAY USA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AUREL A. ASTILEAN and SPEEDFIT LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:22-cv-02455-EK-RER |

### NOTICE OF MOTION FOR DEFAULT JUDGMENT
### AGAINST AUREL A. ASTILEAN AND SPEEDFIT LLC

**PLEASE TAKE NOTICE** that Plaintiff Woodway USA, Inc. ("Woodway"), by and through undersigned counsel, will and hereby does move, pursuant to Fed. R. Civ. P. 55(b)(2), before the Honorable Judge Eric R. Komitee of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time and place determined by the Court, for the entry of default judgment against Defendants Aurel A. Astilean ("Astilean") and Speedfit LLC ("Speedfit") (collectively, "Defendants") (the "Motion"). In support of the instant Motion, Woodway relies upon the Memorandum of Law in Support of Plaintiff Woodway USA, Inc.'s Motion for Default Judgment Against Aurel A. Astilean and Speedfit LLC (the "MOL") and the Declaration of Nicole A. Marschean, including Exhibits A and B.

For the reasons set forth in the MOL, Woodway respectfully requests that this Court enter an Order: (a) granting the Motion; (b) entering default judgment against Defendants as set forth in the MOL; and, (c) granting such other and further relief to Woodway as the Court deems just and proper.

4857-6972-8811.1

Dated:  July 28, 2022								Respectfully submitted,


								/s/ Nicole M. Marschean
								Nicole M. Marschean
								Foley & Lardner LLP
								90 Park Avenue
								New York, NY 10016-1314
								Telephone: 212.682.7474
								Facsimile: 212.687.2329

								Kadie M. Jelenchick, admitted *pro hac vice*
								Foley & Lardner LLP
								777 East Wisconsin Avenue
								Milwaukee, WI 53202-5306
								Telephone: 414.271.2400
								Facsimile: 414.297.2400

								*Attorneys for Woodway USA, Inc.*

4857-6972-8811.1